UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

ALISON J. MEYER, M.D.

    Plaintiff,

v.                           Case No.: 21-cv-1203

PREVEA CLINIC, INC., and ST.
VINCENT HOSPITAL OF THE
HOSPITAL SISTERS OF THE
THIRD ORDER OF ST. FRANCIS

    Defendants

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

The parties hereby stipulate pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) that this matter may be dismissed with prejudice and without costs to either party.

Dated this 20th day of May, 2022

| | |
|---|---|
| *s/ Paul M. Secunda* | *s/ Doris E. Brosnan* |
| Paul M. Secunda, SBN 1074027 | Doris E. Brosnan, SBN |
| WALCHESKE & LUZI, LLC | VON BRIESEN & ROPER, S.C. 235 |
| N. Executive Drive, Suite 240 | 411 East Wisconsin Center |
| Brookfield, Wisconsin 53005 | Suite 1000 |
| Telephone: (262) 780-1953 | Milwaukee, Wisconsin 53202 |
| Email: psecunda@walcheskeluzi.com | Telephone: (414) 276-1122 |
| | Email: dbrosnan@vonbriesen.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |